# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:22-cr-44 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| MATTHEW SCOTT COHEN ) | |
| ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 21) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two count Indictment; (2) accept Defendant's guilty plea to Counts One and Two of the two count Indictment; (3) adjudicate Defendant guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); (4) adjudicate Defendant guilty of possession with intent to distribute five grams or more of methamphetamine (actual) in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B); and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 21) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Two of the two count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

4. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute five grams or more of methamphetamine (actual) in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **October 14, 2022, at 9:00 a.m.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**